UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

BRANDON RHODES,

    Plaintiffs,

v.                                                                  CAUSE NO. 3:21-CV-756-DRL-MGG

WESTVILLE CORRECTIONAL
FACILITY,

    Defendant.

### ORDER

Brandon Rhodes, a prisoner without a lawyer, filed a complaint that did not state a claim. He was granted leave to file an amended complaint. He was cautioned if he did not do so by November 30, 2021, this case would be dismissed without further notice. The deadline passed, but he did not respond.

For these reasons, this case is DISMISSED under 28 U.S.C. § 1915A because the complaint does not state a claim for which relief can be granted.

SO ORDERED.

December 14, 2021                                    *s/ Damon R. Leichty*
                                                            Judge, United States District Court