AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

BRANDON RHODES, VINCENT W BOYD, *also known as Vincent Boyd Terminated: 10/25/2021*;
CURTIS ELLISON *Terminated: 10/25/2021* and
DARIUS RAWLS *Terminated 1025/2021*

    Plaintiffs

    v.         Civil Action No. 3:21-cv-756

WESTVILLE CORRECTIONAL FACILITY, *et al*

    Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

**X** Other: This case is DISMISSED under 28 U.S.C. § 1915A.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by  Judge Damon R. Leichty.

DATE:  12/14/2021        GARY T. BELL, CLERK OF COURT

        by    s/J. Barboza
            *Signature of Clerk or Deputy Clerk*